**U.S. BANKRUPTCY COURT**
**District of South Carolina**

**Case Number: 09-07736/hb**

**ORDER AUTHORIZING SALE OF ASSET**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO:   09-07736/hb |
| | ) | CHAPTER:  13 |
| **Forrest Baily Parker, Jr.,** | ) | |
| | ) | |
| Debtor(s). | ) | |

**ORDER AUTHORIZING SALE OF ASSET**

This proceeding comes before the court on the application of debtor for authority to sell free and clear of liens the estate's interest in 40 Acres of 66.49 Acre lot on Cokesbury Rd, Hodges, South Carolina (Tax Map #6839-909-326).

The court has been informed that all parties in interest have been notified of the intention to sell said property.  The debtor has represented to the court that such sale is in the best interest of creditors of the estate.  It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the debtor is authorized to sell and to convey the estate's interest in the above-described property.  Debtor's attorney, John DeVore Compton, III, will be paid $500.00 from the proceeds of this sale for this Application.  The balance of the proceeds of this sale after the payoff of existing lien to Bank of America in the amount of $42,937.59 and expenses of sale shall be used towards the Debtor's Chapter 13 Plan (approximately $6,777.41).  The closing agent shall disburse funds directly to Bank of America, the Chapter 13 Trustee and Debtor's attorney.  This authorization expires in 60 days following entry of this Order.  The closing agent is directed to provide a copy of the closing statement to the trustee and to submit all proceeds of sale, after payment to Debtor's attorney and payment of liens and expenses of sale, directly to the trustee.  The debtor is directed to file a report of sale, regardless of whether the sale closes.